Opinion issued May 31, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00589-CV

———————————

NICANOR R.
CABRERA AND ISABEL E. CABRERA, Appellants

V.

BRIDGESTONE HOMEOWNERS ASSOC. INC.,
Appellee



 



 

On Appeal from the County Civil Court at Law No. 1 

Harris County, Texas



Trial Court Cause No. 966758

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).  We dismiss all other pending motions as moot.  

PER CURIAM

Panel
consists of Justices Higley, Sharp, and Huddle.